| ⚖PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 0971 3:21CR00121 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:22-cr-00184-DAD |

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Jessie Alexander Rush<br><br>Turlock, CA | ND/CA | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James Donato | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/11/22 | TO 11/10/25 |

OFFENSE

18 U.S.C. § 1512(k) Conspiracy to Destroy Records in Official Proceedings

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of California_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 29, 2022
*Date*

*Judge James Donato* (signature, seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*       *United States District Judge*

Prepared by: JB