HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant-Movant
JESSIE ALEXANDER RUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:22-cr-00184-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER SEALING DOCUMENTS** |
| JESSIE ALEXANDER RUSH, | ) JUDGE: Hon. John A. Mendez |
| Defendant-Movant. | ) |

For the reasons set forth in the Defense Request to Seal, the Court hereby orders Exhibit D (Pretrial Services Report) and Exhibit M (medical records) **SEALED** until further order of the Court. Local Rule 460; *Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records.")

Dated: June 03, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Sealing Order