UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 09, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESSIE ALEXANDER RUSH,<br><br>　　　　Defendant. | Case No.  1:22-cr-00184-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSIE ALEXANDER RUSH ,

Case No.  1:22-cr-00184-JAM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  **X**   (Other):**TIME SERVED as of 07/10/2024; Release at 09:00 AM**

DATED: July 09, 2024          /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE